**E-FILED**
Thursday, 22 March, 2007  09:42:33 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL    DISTRICT OF    ILLINOIS

UNITED STATES OF AMERICA

v.

RICKEY R. SPENCER, a/k/a
RICKY R. SPENCER

**FILED**

MAR 2 1 2007

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-M-7215

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __March 20, 2007__ in __Vermilion__ county, in the _Central_ District of __Illinois__ defendant(s) did:

knowingly possess 500 grams or more of cocaine, a Schedule II controlled substance with the intent to distribute it,

in violation of Title _21_ , United States Code, Section(s) 841(a)(1) and (b)(1)(B)(ii)

I further state that I am a(n) Special Agent, VMEG and that this complaint is based on the following facts:
<br>Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐No

s/Peter Miller

Signature of Complainant

Sworn to before me and subscribed in my presence,

_March 21, 2007_    at    Urbana, Illinois
<br>Date                                   City and State

David G. Bernthal
U.S. Magistrate Judge

s/David G. Bernthal

Name & Title of Judicial Officer    Signature of Judicial Officer

# AFFIDAVIT

I, PETER M. MILLER, being first duly sworn on oath, depose and state as follows:

1.      I am a Special Agent with the Vermilion County Metropolitan Enforcement Group (VMEG), a multi-jurisdictional drug task force located in Vermilion County, Illinois.  I have been so employed for approximately 4 1/2 years.  I have personally conducted or assisted in numerous investigations of criminal violations involving controlled substances.

2.      As a Special Agent with VMEG, I have received extensive training in investigating violations of narcotics statutes, including those regarding the possession and distribution of cocaine and cocaine base ("crack").  I have also conducted and participated in numerous investigations involving the detection and investigation of drug trafficking violations, including distribution of controlled substances, conspiracy to distribute controlled substances, and the use of communication facilities such as telephones, digital pagers, and other like facilities that are commonly used to facilitate drug trafficking violations.  I have had numerous conversations with drug traffickers concerning their methods of operation in the course of investigative interviews, and have listened to numerous tape-recorded conversations between informants and drug traffickers in which their methods of operation were discussed or revealed.   I am currently assigned to the investigation of drug trafficking activity in Vermilion County, Illinois.

3.      This affidavit is made in support of a criminal complaint and arrest

warrant charging RICKEY R. SPENCER, also known as "Ricky Spencer," (DOB:

xx/xx/1980) with possession of five hundred grams or more of cocaine with the intent

to distribute it in violation of Title 21, United States Code, Sections 841(a)(1) &

(b)(1)(B)(ii), and possession of a firearm in furtherance of a drug trafficking crime in

violation of Title 18, United States Code, Section 924(c).

4.      The statements contained in this affidavit are based in part on my own

personal observations, information provided by other agents and other law

enforcement officers, on information provided by other witnesses, and on my

experience and background as a Special Agent with VMEG.  The information contained

in this affidavit is not an exhaustive account of everything I know about this case.

Rather, it is only the facts that I believe are necessary to establish probable cause to

believe that SPENCER possessed more than five hundred grams of cocaine with the

intent to distribute it in violation of Title 21, United States Code, Section 841(a)(1) and

possessed a firearm in furtherance of a drug trafficking crime in violation of Title 18,

United States Code, Section 924(c).

5.      On March 20, 2007, Illinois Department of Corrections Senior Parole

Agent Kelly Harvey paid a home visit to SPENCER at SPENCER's known residence at

. Danville, Vermilion County, in the Central District of Illinois.  (SPENCER

is on Illinois mandatory supervised release (*i.e.*, parole) for the offense of possession of a

controlled substance in Vermilion County, Illinois case number 06-CF-92 until

November 18, 2007.)  During the visit, Agent Harvey found in SPENCER's residence

approximately one kilogram of a white, powdery substance that tested positive for the presence of cocaine, 112.8 grams of a green leafy substance that tested positive for the presence of marijuana, 145 tablets that appeared to be and tested positive for the presence of methylenedioxy-methamphetamine (MDMA or "Ecstacy"). Immediately next to the powder cocaine, Agent Harvey found a loaded MAC 11, nine millimeter, fully automatic machinegun with a fully loaded nine millimeter magazine and a loaded Harrington & Richardson .32 caliber revolver. Elsewhere in the residence, Agent Harvey found approximately 3.2 grams of an off-white, chunky substance that tested positive for the presence of cocaine and appeared to be cocaine base ("crack"), and a .50 caliber black powder muzzle loading rifle.

6.    Based on my training and experience, five hundred grams of cocaine is much greater than a personal use amount and was intended for distribution. Moreover, drug traffickers often possess guns to protect their drugs, cash, or both.

Further affiant sayeth not.

s/Peter Miller

PETER M. MILLER
Special Agent, Vermilion County
Metropolitan Enforcement Group
Danville, Illinois

Subscribed and sworn to before me this 21st day of March, 2007.

s/David G. Bernthal

DAVID G. BERNTHAL,
United States Magistrate Judge