# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

## WARRANT FOR ARREST

RICKEY R. SPENCER, a/k/a
RICKY R. SPENCER

Case Number: 07-M-7215

FILED
APR - 3 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __RICKEY R. SPENCER__
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

possession of 500 grams or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section(s) 841(a)(1) and (b)(1)(B)(ii).

David G. Bernthal
Name of Issuing Officer

s/David G. Bernthal                   at
Signature of Issuing Officer

BAIL FIXED AT $ _NONE_              by

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

March 21, 2007, Urbana, Illinois
Date and Location

David G. Bernthal
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _Danville_

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 03/23/07 | P Miller | Larry Hall |
| Date of Arrest | Title of Arresting Officer | |
| 03/20/07 | S/A UMEG | |