# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR 07-20041-001 |
| ) | |
| RICKY R. SPENCER, (Also Known As ) | |
| "Rickey R. Spencer"), ) | |
| ) | |
| Defendant. ) | |

## INFORMATION CONCERNING PRIOR CONVICTIONS

Pursuant to 21 U.S.C. § 851, the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Eugene L. Miller, Assistant United States Attorney, respectfully notifies the Court that it intends to rely on the following prior convictions of the defendant as a basis for an increased punishment in this case:

| Offense | Date of Conviction | Case No. | Court |
|---|---|---|---|
| Poss. of a Controlled Substance | 8/29/2006 | 06 CF 92 | Vermilion County, IL |

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

s/ Eugene L. Miller
Eugene L. Miller, Bar No. IL 6209521
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
eugene.miller@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Diana S. Lenik, Esq.
>202 West Green Street
>Urbana, Illinois 61801

>s/ Eugene L. Miller
>Eugene L. Miller, Bar No. IL 6209521
>Assistant United States Attorney
>United States Attorney
>201 S. Vine St., Suite 226
>Urbana, IL 61802
>217/373-5875
>FAX: 217-373-5891
>eugene.miller@usdoj.gov