United States District Court
Central District of Illinois

United States of America

v.

Rickey R. Spencer

CASE NO: CR07-20041

FILED
AUG 21 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Defendant's Motion For Judicial Consideration and Withdrawal of Plea Agreement

Comes now, the defendant Rickey R. Spencer, pro-se. The defendant respectfully moves the honorable Judge McClesky to take the present motion into consideration and enter an order allowing the withdrawal of his plea agreement or whatever relief the court deems just. In support of said motion the defendant state the following:

Argument

The record will show that the defendant's case is standing on fraudulent ground. Namely the defendants 4th Amendment rights were violated at the outset of the case.

1

Exhibit 1 attached hereto (copy of the defendant's Parole Revocation Form). Shows that the State MEG Agents circumvented the defendant's constitutional right not to have his home searched without a judicial issued warrant or signed consent. The exhibit shows that on or about 3/19/07 Drug Agents with the Vermillion County Task Force was investigating a possible contract killing on two Danville Police officers. That on said date the investigators met with parole agent IDOC Parole Agent Kelly Harvey, to discuss this alleged plot.

The record shows that the next day without seeking a search warrant from a judicial officer, agent Harvey visited the defendant's resident with the intent to perform a compliance observation search of the defendant's home. The record shows that Agent Harvey took Drug Enforcement Agents along with him. There was no request for a consent

2

consent to search form to be sign. Though an alleged contract killing plot initiated the investigation, the record is void that the defendant was ever questioned about the alleged plot. The report (Exhibit 1) shows that the defendant was asked if he had any contraband, placed in handcuffs and his Resident was searched.

It is the position of the defendant that Agent Harvey acted as a tool of the state to circumvent his 4th amendment protections. That it is firmly established that a Parole officer can only confiscated contraband that is in plain sight. The record shows Agent Harvey conducted an exhaustive search with members of the Task Force that was present. No sign consent was given. No warrant was issued. No questioning of the defendant about an alleged contract killing plot ever took place. The MEG

3

Agents were on a fishing expedition for drugs. Agent Harvey was duped into acting as a key to gain entry into the home.

The framers of the Constitution envisioned that no person shall be deprived of life or liberty without due process of law. The defendant's plea was not knowingly and intelligently made. His counsel never informed him nor considered this blatant constitutional infirmity. Wherefore the defendant moves for dismissal of his plea and whatever justice requires as the evidence is tainted and is considered fruit of the poisonous tree.

Respectfully Submitted

[signature]

4

## CERTIFICATE OF SERVICE

I RICKEY SPENCER do STATE That I have SERVED a Copy OF THE FoRegoing MOTION ON THE U.S. ATTORNEY by mailing an additional Copy TO THE Clerk of Court and REQUESTING a Copy be SERVED.

Respectfully,

*[signature]*

8/8/07

ILLINOIS DEPARTMENT OF CORRECTIONS
## Parole Violation Report

**Section A: Violation Details**

Offender: **Ricky Spencer**  Alias: **"Slick"**  ID#: **R40425**

Parent Facility: **Menard Correctional Center**  Date of Birth: **06/16/1980**

Program released to: **District 3 Parole/Champaign**  Level of Supervision: **Level 1**

Gender: ☒ Male  ☐ Female  Race: ☐ Caucasian  ☒ African American  ☐ Asian  ☐ Hispanic  ☐ Native American  ☐ Other ___

FBI#: **819069NB5**  I.R.#: ___  CCJ#: ___

Release Date: **11/17/2006**  Sentence Exp. Date: **11/17/2007**  Annual Review Date (juvenile only): ___  Violation Date: **03/20/2007**

Custody Facility: **Vermilion County Jail**  Custody Date: **03/20/2007**

Offense(s): **Federal Charges Pending/Technical Violations Nos. 1,2,11,12,14,15 and 16**

IDOC Warrant #: **CH 0702883**  Date Warrant Issued: **03/20/2007**

Description of the Alleged Violation (include date, time, place and description of the violation; description and method of weapons used; identity and injury to victim(s); arrest date and arresting agency; criminal charges; and custody/court/bond information):

Parolee Ricky Spencer (R40425) is currently under supervision after conviction in 2006 on charges of POSS AMT CON SUB EXCEPT (A). Parolee Spencer (R40425) was incarcerated within the IDOC from 09/01/2006 to 11/17/2006 on the aforementioned holding offense(s). This is the 2nd term of parole supervision for this parolee, with one successful completions of supervision noted in parolee's history. The circumstances for the most recent violation for which IDOC Warrant No. CH 0702883 was issued are as follows: On 03/19/2007 this Agent, during a routine conversation with investigators from the Danville Police Department, was advised of recent intelligence indicating a contract killing was in place on two officers of the Danville Police Department. During this conversation, investigators questioned this Agent concerning several aliases of individuals believed to be involved in the plan. This Agent was aware of one of the possible suspects under the alias of "Slick," known to this Agent as parolee Ricky Spencer (R40425), who had at one time been assigned to this Agent's caseload. This Agent was aware that parolee Spencer (R40425) was originally from the Chicago area and had been known locally to be actively involved in gang activity and drug trafficking. This Agent requested the assistance of area law enforcement to make contact with parolee Spencer to conduct a search of the common areas and areas under direct control of parolee Spencer (R40425) at the stated host site at 1004 Skyline Drive in Danville for purposes of excluding parolee Spencer from aforementioned investigation.

On 03/20/2007 this Agent, with the assistance of agents from the Vermilion County Metropolitan Enforcement Group (VMEG), met at the 1004 Skyline address and contact was made with parolee Spencer (R40425). Prior to the commencement of the search of the

Distribution: Offender; Releasing Authority; Offender's Case File; Parent Field Services Representative; AMS; Hearing Officer; if FOS, Interstate Compact

Page 1

*Printed on Recycled Paper*

DOC 0071 (Rev 12/2004)

ILLINOIS DEPARTMENT OF CORRECTIONS
## Parole Violation Report

premises parolee Spencer (R40425) was placed into restraints for officer safety and monitored by agents of VMEG. While conducted a search of the host site of parolee Ricky Spencer (R40425) this Agent discovered 1070.2 grams of powder and rock cocaine, 112.8 grams of cannabis, 145 tablets of ecstasy, a Mach 11 fully automatic 9mm machine gun, a .50 caliber Thompson black powder muzzle loading rifle and a .32 caliber Herrington Richardson revolver. Inside the bag containing the weapons were loose .32 caliber and 9mm rounds and a fully loaded 9mm clip for the Mach 11. Parolee Spencer (R40425) was arrested on site by agents of VMEG and taken into custody in the Vermilion County Jail. All contraband was inventoried and placed taken as evidence by agents of VMEG. Supervisor notified. IDOC Warrant No. CH 0702883 issued. DC434 submitted.

Prior Arrest History:
01/27/2000-Arrested by US Army Military Police for WRONGFUL APPROPRIATION OF MILITARY PROPERTY (2 COUNTS)
06/26/2000-Arrested by US Military Police for LARCENY AND WRONGFUL APPROPRIATION, STRIKING OR ASSAULTING A WARRANT, NON-COMMISSIONED OR PETTY OFFICER, SALE, LOSS, DAMAGE, DESTRUCTION OR WRONGFUL DISPOSITION OF MILITARY PROPERTY, BURGLARY, HOUSEBREAKING, STEALING AND OPENING MAIL, WRONGFUL USE, POSSESSION, ETC. OF CONTROLLED SUBSTANCE
03/24/2002-Arrested by Chicago Police Department for POSSESSION OF CANNABIS (4 COUNTS)
05/15/2002-Arrested by Chicago Police Department for BATTERY (2 COUNTS)
10/17/2003-Arrested by Vermilion County MEG for UNLAWFUL POSSESSION OF A WEAPON
12/01/2003-Arrested by Iroquois County Sheriff's Police for DRIVER'S LICENSE SUSPENDED OR REVOKED, RECKLESS DRIVING, SPEEDING OVER STATUTORY LIMIT
01/06/2004-Arrested by Chicago Police Department for POSSESSION OF CONTROLLED SUBSTANCE (3 COUNTS)
05/12/2004-Arrested by Chicago Police Department for DRIVING ON SUSPENDED/REVOKED LICENSE, OPERATING UNINSURED VEHICLE
05/15/2004-Arrested by Vermilion County Sheriff's Police for MAN/DEL OF CONTROLLED SUBSTANCES, POSSESSION OF CONTROLLED SUBSTANCES, UNLAWFUL POSSESSION OF WEAPON BY FELON
08/10/2004-Arrested by Cook County Criminal Court for AGGRAVATED UNLAWFUL USE OF

Distribution: Offender; Releasing Authority; Offender's Case File; Parent Field Services Representative; AMS; Hearing Officer; if FOS, Interstate Compact

Page 2

*Printed on Recycled Paper*

DOC 0071 (Rev 12/2004)