RECEIVED SEP 10 2007
FILED SEP 10 2007
U.S. DISTRICT JUDGE
URBANA, ILLINOIS
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS
E-FILED
Monday, 10 September, 2007 10:38:35 AM
Clerk, U.S. District Court, ILCD

3983 S. Lake Park #801
Chicago, Ill. 60653
Wednesday August 29-2007.

07-20041

Honorable Michael P. McCuskey,

    I am writing this letter in regards to my son Rickey R. Spencer, Jr. who is currently in Paxton-Ill. Rickey has always been a person that posses so much potiential that he could have been anything he wanted to be. His teachers always told me when he was in elementary school, that he was "college material," because he was smart, intelligent and could easily blend with any age group from his peers to senior citizens with just a conversation.

    I always taught my kids to be respectful, mind your business, and whatever they wanted to be, strive to be the best. As a child Rickey was always fascinated with cars, and he wanted to be a mechanic, my father was a mechanic for Yellow Cab Company for years before I was born, Rickey wanted to be like him. Another talent Rickey has is art and music, he is very good at drawing and would draw for hours. He still enjoys music, he put together beats and lyrics as easy as breathing, that was one of the things he would sit all day long and do. He wanted to D.J, so he put together music to play at parties or he would help his friend who is a D.J. and promote his events. He was always helping someone.

    Rickey is not a bad person, he is so opposite his rough exterior that his geniuine kindness overly exceeds it. His only crime was getting mixed-up with the wrong people, and I know for a fact some of his so called friends took his kindness for weakness. Rickey was so determined to change his life around that he went back to church, tried to find employment, and I gave him my computer because he wanted to take on-line classes. My computer stalled it had too many viruses by that time he couldn't start the courses. I told him don't ever give up because God always has a plan for you.

    My son loves kids, my entire family works well with kids, Rickey has taught teenagers to use computers, he once organized a chess club in our community for the young kids, and taught them how to play! He has so much patience with kids and senior citizens he would sit and talk to them for long periods of time. There were a lot of kids who looked up to him because he was the only one on our block who would guide them to do right and take time with them. Even as a boy

(1)
OVER➔

Scout Rickey showed good leadership skills, he was a quartermaster, assistant senior patrol leader, a senior patrol leader, a Jr. assistant scoutmaster, and became a Scoutmaster. As a Boy Scout he worked summers at Owasippi in Michigan, he always called that his second home, he enjoyed camping, even now we reminsce about the experiences of camping. He once told me all of his Boy Scout experiences helped him get thru Marine boot camp.

I am so proud that Rickey became the father he never had, even though he knows his dad, he wasn't really there for him as a father should be. Rickey is such a good disciplinary type when it comes to his daughter, but he also took care of her by cooking and teaching her right. We have had countless of phone conversations on child-rearing, it was so new to him but he grasped quickly.

Rickey has a funny sense of humor, sometimes he is the silliest person I ever seen in my life. He enjoys making people laugh, and he's a good cook. He has cooking certificates, he always hung around the kitchen when I or his grandmom cooked, so he has good house skills, he's clean, and keeps a clean house. I don't know what else to say because it's too much to say at so little time but all I can say is that Rickey is a very good person and it is so unfortunate that he has to do time for someone else, I just pray that when it's over he will be able to put his life back on track. May God bless my son to make better choices in the future.

Thank You,
Cheryl S. Benton

These are some of Rickey R. Spencer, Jr's awards and accomplishments:

- Martial Arts - (age 3)
- Cubs Care Little League Baseball Team (sponsored by Chicago Cubs)
- 4-H Club
- "Just Say No" International's Youth Power Program - (Youth Leader)
- Chess Club - (Future Commons H.S.)
- Merit Music Program - (Cellist)
- Mufumba School of Martial Arts - (age 14)
- CHA Ambassador Choir
- New Bethlehem #4 M.B. Church - (Childrens Choir)
- Wendell Phillips H.S. Gospel Choir
- Wendell Phillips H.S. Marching Band - (Tuba player)
- Lake Park Place Social Programs - (active participant)
- Lakeside Community Committee - (active participant)
- Explorers Post 9595
- Teen Program - (active participant)
- Boy Scouts of America (Troop 595 Quartermaster, Assistant Senior Patrol Leader, Senior Patrol Leader, Jr. Assistant Scoutmaster, Program Aide for Chicago Area Council)

- Blue and White Awards (Albert Einstein Public School)
- Reading Awards
- Science Fair Award - (1st Place, Einstein School)
- Regional Science Fair
- Art Awards
- Perfect Attendance Awards (Einstein School, and Future Commons H.S.)
- Math Awards
- Swim Awards
- Royal Court Award - (Prince, Einstein School)
- Community Leadership Award - (1998 Future Commons H.S.)
- Outstanding Leadership Award (1998 Future Commons H.S.)
- Youth Power Award - (1998 Youth Leader Award)
- 1999 Youth of The Year Award
- 2000 Explorer of The Year Award
- Numerous of Scouting awards
- University of Illinois Circle Campus Summer Sports Program
- Intergenerational Program
- Camp Wonderland
- Owasippi - (Boy scout camp in Michigan)
- Computer tutor - Future Commons H.S.

(2)

OVER→

- Olive-Harvey College - (Art Class - Saturday Program)
- Chicago Commons Americorps Career Awareness - (1996)
- Computer Repair Certificate - (2000)
- Culinary Cooking Certificate - (2000)
- Diploma - (Einstein School - 1994)
- Diploma - (Future Commons H.S. - 1998)