E-FILED
Monday, 10 September, 2007 10:39:22 AM
Clerk, U.S. District Court, ILCD

3983 So. Lakepark
Chicago, IL 60653

Aug 29, 2007

**FILED**
SEP 10 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**RECEIVED**
SEP 10 2007
U.S. DISTRICT JUDGE
URBANA, ILLINOIS

Dear Judge McCuskey,

I am writing you regard to Rickey Spencer Jr. I am his grandmother.

This is a very hard letter to write. I have known Rickey all of his life. I know that he is not a bad person. Rickey is the kind of person who would help others. He always talking to me about things he like, like music and drawing. I would take Rickey to his music lessons with his sister downtown once a week. He like to draw cars and see what so kind of style he could make. He would take time and sit down and talk to the senior citizens. He put in time with them and my neighbor. I would take Rickey and his sister to the center with me to go on trips. He also would talk a lots to his grandmother and learn how to cook things.

I know some of the things he charge with he did not do. He took the rap for another young person. That was a bad decision he made.

Rickey love his family and also very close to them. He crazy about his daughter, and she crazy about him. I do hope that Rickey will not be moved very far so we be able to visit him.

Thank You Judge
God Bless You
(Rickey Spencer Jr
Grandma) Lena Benton
773-285-7926