ILLINOIS DEPARTMENT OF CORRECTIONS
PRISONER REVIEW BOARD

## Parole or Mandatory Supervised Release Agreement

Name: __Spencer__ / __Ricky__ / MI: / ID Number: __R40425__
       Last Name        First Name

This document constitutes an agreement governing persons who have been granted parole by the Illinois Prisoner Review Board or otherwise released under supervision, and defines the terms by which the undersigned is conditionally released from confinement. The rules of conduct follow. If such rules are violated, parole or mandatory supervised release may be revoked under the rules and regulations promulgated by the Prisoner Review Board or other releasing authority.

### Rules of Conduct Governing Parolees or Mandatory Supervised Releasees

Until final discharge, you shall at all times be under the legal custody of the Department of Corrections, subject to being retaken at any time, with the establishment of probable cause and with the lodging of a warrant, within the enclosure of an Illinois State correctional center. You are obligated to comply with all rules, regulations, orders, and subsequent amendments thereto of the Prisoner Review Board and of the Department of Corrections. If paroled or released out of the State, obedience of the rules of both states is required.

1. You shall not violate any criminal statute of any jurisdiction during the parole or release term;
2. You shall refrain from possessing a firearm or other dangerous weapon;
3. You shall report to an agent of the Department of Corrections;
4. You shall permit the agent to visit you at your home, employment, or elsewhere to the extent necessary for the agent to discharge his or her duties;
5. You shall attend or reside in a facility established for the instruction or residence of persons on parole or mandatory supervised release as may be directed;
6. You shall secure permission before visiting or writing a committed person in an Illinois Department of Corrections facility;
7. You shall report all arrests to an agent of the Department of Corrections as soon as permitted by the arresting authority but in no event later than 24 hours after release from custody;
8. You shall obtain permission of the Department of Corrections before leaving the State of Illinois;
9. You shall obtain the permission of an agent of the Department of Corrections before changing your residence or employment;
10. You shall consent to a search of your person, property, or residence under your control;
11. You shall refrain from the use or possession of narcotics or other controlled substances in any form, or both, or any paraphernalia related to those substances and submit to a urinalysis test as instructed by a parole agent or the Department of Corrections;
12. You shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
13. You shall not knowingly associate with other persons on parole or mandatory supervised release without the prior written permission of your parole agent and shall not knowingly associate with persons who are members of an organized gang as that term is identified in the Illinois Street Gang Terrorism Omnibus Prevention Act;
14. You shall provide true and accurate information, as it relates to your adjustment in the community while on parole or mandatory supervised release or to your conduct while incarcerated, in response to inquiries by your parole agent or the Department of Corrections;
15. You shall follow any specific instructions provided by a parole agent that are consistent with furthering the conditions set and approved by the Prisoner Review Board or by law, exclusive of placement on electronic detention, to achieve the goals and objectives of your parole or mandatory supervised release, or to protect the public. These instructions by the parole agent may be modified at any time as the agent deems appropriate; and
16. You shall also comply with any additional conditions the Prisoner Review Board has or may set as a condition of your parole or mandatory supervised release including, but not limited to:

I, __Spencer, Ricky__, committed to and/or under the custody of the Illinois Department of Corrections, do hereby acknowledge
   Print Name
that I have carefully read, or have had read to me, and do clearly understand the contents and conditions of the above rules governing the conduct of parolees and mandatory supervised releasees and any Prisoner Review Board orders or orders of another releasing authority, and I do hereby agree to comply with same. I do further agree that should I be charged with a violation of my Illinois parole or release and should I be in another state, I hereby waive extradition and I do not resist being returned to an Illinois State correctional center.

I also understand that if I am being released pursuant to 730 ILCS 5/3-3-10, this agreement as herein stated is applicable to me.

Signed: __17th__ day of __November, 2006__

                                            Signature of Parolee or Mandatory Supervised Releasee

Print Name of Parent or Legal Guardian if applicable     Signature of Parent or Legal Guardian if applicable     Date

__Timothy Miller__                                                                                          __11/17/2006__
Print Name of Witness                                     Signature of Witness                                Date

Distribution: Master File; Parole Office; Releasee;                                          DOC 0104 (Eff. 1/2002)
              Releasee's Parent or Guardian, if applicable    Printed on Recycled Paper     (Replaces DCA 141 and DCI IR)

EXHIBIT A