# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs ) | Case No.   07-CR-20041 |
| ) | |
| **RICKY SPENCER,** ) | |
| **Defendant.** ) | |

## MOTION TO CONTINUE

**NOW COMES EDWIN K. PIRAINO and WALTER DING of Dodson, Piraino & Associates**, Attorney for RICKY SPENCER and for this Motion to Continue, they state as follows:

1. That Edwin K. Piraino and Walter Ding, are the attorneys of record in regard to the above referenced matter.

2. That Edwin K. Piraino and Walter Ding have just entered their appearance as attorneys of record for Ricky Spencer and have not yet received discovery.

3. That the Federal Government would not be prejudice by a short continuance in this cause.

**WHEREFORE**, the Defendant respectfully moves this Honorable Court to grant him a continuance in the above entitled matter to try and resolve the issues at hand and to complete the tasks of representation to their client.

        Respectfully submitted,
        **RICKY SPENCER**


**BY:** /S/_____
        **Edwin K. Piraino, Attorney at Law**


**BY:** /S/_____
        **Walter Ding, Attorney at Law**


**Prepared by:**
**Edwin K. Piraino and Walter Ding**
**DODSON, PIRAINO & ASSOCIATES**
**501 W. University Ave.**
**Champaign, IL 61820**
**217-359-8200**
**Fax: 217-359-9088**

E-FILED
Friday, 12 October, 2007  09:16:36 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
|     Vs ) | Case No.  07-CR-20041 |
| ) | |
| RICKY SPENCER, ) | |
|     Defendant. ) | |

## MOTION TO CONTINUE

**NOW COMES EDWIN K. PIRAINO and WALTER DING of Dodson, Piraino & Associates**, Attorney for RICKY SPENCER and for this Motion to Continue, they state as follows:

1. That Edwin K. Piraino and Walter Ding, are the attorneys of record in regard to the above referenced matter.

2. That Edwin K. Piraino and Walter Ding have just entered their appearance as attorneys of record for Ricky Spencer and have not yet received discovery.

3. That the Federal Government would not be prejudice by a short continuance in this cause.

**WHEREFORE**, the Defendant respectfully moves this Honorable Court to grant him a continuance in the above entitled matter to try and resolve the issues at hand and to complete the tasks of representation to their client.

        Respectfully submitted,
        **RICKY SPENCER**


**BY: /S/**_____
        **Edwin K. Piraino, Attorney at Law**


**BY: /S/**_____
        **Walter Ding, Attorney at Law**


**Prepared by:**
**Edwin K. Piraino and Walter Ding**
**DODSON, PIRAINO & ASSOCIATES**
**501 W. University Ave.**
**Champaign, IL 61820**
**217-359-8200**
**Fax: 217-359-9088**