# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | Case No. 07-CR-20041 |
| ) | |
| **RICKY SPENCER,** ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE, PLEA OF NOT GUILTY
## REQUEST FOR JURY TRIAL

We, **EDWIN K. PIRAINO and WALTER DING** of Dodson, Piraino & Associates, hereby enter our appearance as counsel of record in the above-captioned cause on behalf of the Defendant, **RICKY SPENCER,** and hereby enter a plea of not guilty as to all counts pending in the above-captioned cause and demand a trial by jury.

_/S/_____
Edwin K. Piraino - Attorney at Law


_/S/_____
Walter Ding - Attorney at Law


**Prepared by:**
**Edwin K. Piraino and Walter Ding**
**DODSON, PIRAINO & ASSOCIATES**
**501 W. University Ave.**
**Champaign, IL 61820**
**217-359-8200**
**Fax: 217-359-9088**