FILED
MAR 24 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

March 19, 2008

Dear Honorable Judge Michael P. McCuskey,

My name is Ar'Son Jones and Rickey Spencer Jr is my cousin. Please excuse me I am not good at writing letters, but I am doing this for Rickey.

Me and Rickey are the oldest grandsons of the three boys and the rest are girls. We are very close we were raised together. Rickey's mom made sure that her kids had a relationship with my uncle side of the family, for awhile she lived with them and helped take care of us. If Rickey's mom took him and his sister to the museum then she took all of the kids. Every Sunday Rickey and his sister went to church with his mom, they were not allowed outside afterschool like most kids, homework had to be done before anything else and it had to be finished.

Rickey is the coolest cousin I got, he is good with computers, he can fix cars, he always loved cars and can tell you just about anything about them. He likes to cook, sometimes he will make up his own special meals. He really is a good person, he is one of those people who is always willing to help somebody I just hate that he got mixed up with a bad group of people who never meant him no good and didn't want to see him do well for himself. I believe Rickey would have found a way to get away from that group because his

concern was his daughter and his family. I don't think Rickey really wanted to be involved with the people he was involved with, I think they used him and now he is taking the heat for it. Unforunately his daughter is suffering because she won't see her daddy, I know Rickey feels bad about everything that has happened and he says he is going to deal with it best as he can. I feel bad for my aunt – Rickey's mom not being able to see her son for a long time they have always been close and it's hard for her to see her only son put away. I love my cousin and I hope he can survive this situation.

Sincerely,
ArlSon Jones

3983 S. Lake Park Av. # 801
Chicago, Il. 60653
March 17, 2008.

To: The Honorable Michael P. McCuskey,

I am writng this letter on behalf of my brother Rickey R. Spencer, Jr. and I would like to briefly tell you a few things about him. I know my brother has had his share of problems, and most of it comes from the lack of attention from our dad, but he is not a bad person. Rickey is not a threat to anyone, he would not intentionally harm anyone, but he will defend himself if he has to.

As we were growing up, Rickey always took care of me, and made sure I didn't get into trouble. My mom said when she brought me home from the hospital when I was born, that he wouldn't let anyone near me. I guess that's why he always been so protective of me. He always call me his "big little sister." We are my mom's only kids, so she spent a lot of time with us. Rickey was very protective of my mom also, sometimes if someone would speak to my mom on the street he would twist up his face, but my mom would laugh at him.

Rickey is one of those people who attracts people, and they like being around him, but sometimes some try to take advantage of his kindness. My brother is very good with kids, and I guess he got that quality from my mom. I remember I came home from a friend's house, and some little kids asked me was my brother at home, I told them I didn't know. Once I got home my brother was there, and I asked him why are these kids looking for you? Rickey said "I was in the social room helping them with their math homework, and now every time they see me I take time to talk with them."

My brother has one daughter who is now 3 years old, and she is a daddy's girl, she is the love of his life, and it's so hard on her to see her dad locked up. She still asks to see her dad, and doesn't understand whats going on. My brother was really trying to get himself together by going to church, and trying to find employment, but it seems like some people didn't want to see him get himself together, and they continued to come after him, until it resulted in him being incararated. I am praying that he will be somewhere I will be able to bring his daughter to visit. I am praying for him and his safety.

*Chynika L. Spencer*
(773) 538-8649