07-20041

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT


Dear Clerk,

   I am currently in the process of trying to file an appeal. In order for me to properly prepare and to be effective in the preparation for this appeal, I need access to certain information that was apart of the earlier proceedings. In order to know what is needed, I would like to have available to me a copy of my Docket Sheet. If the Clerk would please send me a copy of the said Docket Sheet, it will be most appreciated.

                                           Respectfully Submitted,

                                           *Rickey Spencer*  14748-026